■ OFELIA RODRIGUEZ, Appellant, v OVADIA SHAYO et al., Respondents. [715 NYS2d 877] —In an action to recover damages for personal injuries, the plaintiff appeals, as limited by her brief, from so much of an order of the Supreme Court, Kings County (Rappaport, J.), dated July 19, 1999, as granted that branch of the defendants' motion which was for summary judgment dismissing the negligence cause of action.

Ordered that the order is affirmed insofar as appealed from, with costs.

The plaintiff was allegedly injured when she slipped and fell on a ceramic floor she was cleaning while in the defendants' employ. The defendants established, prima facie, their entitlement to judgment as a matter of law dismissing the negligence cause of action asserted in the complaint. In opposition, the plaintiff failed to proffer evidence demonstrating a triable issue of fact. Therefore, summary judgment was properly granted dismissing that cause of action (*see, Alvarez v Prospect Hosp.,* 68 NY2d 320, 324; *Zuckerman v City of New York,* 49 NY2d 557, 562). Santucci, J. P., Sullivan, McGinity and Luciano, JJ., concur.

■ MARIA SANTIAGO et al., Respondents, v BROOKHAVEN MEMORIAL HOSPITAL MEDICAL CENTER, Appellant. [715 NYS2d 877] —In an action to recover damages for medical malpractice, etc., the defendant appeals from an order of the Supreme Court, Suffolk County (Doyle, J.), dated July 26, 1999, which denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The defendant failed to establish its entitlement to judgment as a matter of law (*see, Winegrad v New York Univ. Med. Ctr.,* 64 NY2d 851; *Roucek v Hewson,* 141 AD2d 897). Altman, J. P., Friedmann, Krausman and Smith, JJ., concur.